1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNIVERSAL NORTH AMERICA INSURANCE COMPANY, | ) ) ) | Case No.: 1:21-cv-00008-DAD-JLT |
| Plaintiff, | ) ) | ORDER REFERRING THE MATTER TO VDRP |
| v. | ) ) | |
| ELECTROLUX NORTH AMERICA, | ) ) | |
| Defendant. | ) ) ) | |

On March 24, 2021, the parties submitted a joint scheduling report (Doc. 6) and a stipulation to elect referral of the action to the voluntary dispute resolution program (Doc. 5).  The stipulation indicates that "[p]ursuant to Local Rule 271, the parties hereby agree to submit the . . . action to the Voluntary Dispute Resolution Program."  (Doc. 5 at 1.)  Therefore, the Court **ORDERS**:

1.      The Scheduling Conference set for March 31, 2021 is **VACATED**;

2.      The matter is referred to the Voluntary Dispute Resolution Program; and

3.      All deadlines and hearing dates are **VACATED**, and the scheduling conference will be re-set if it becomes necessary.

IT IS SO ORDERED.

Dated:   **March 25, 2021**                          **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28