UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL NORTH AMERICA INSURANCE COMPANY (a/s/o Pilar Franco),<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLUX NORTH AMERICA, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 1:21-CV-00008-DAD-JLT<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIAL DOCUMENTS AND INFORMATION PRODUCED OR REVEALED DURING DISCOVERY AS MODIFIED BY THE COURT<br>(Doc. 9) |

The Court has determined that the terms set forth herein are appropriate to protect the respective interests of the parties, the public, and the Court. However, the Court modifies paragraph 7 to strike everything except the first sentence and refers the parties to Local Rule 141. Therefore, the Court **ORDERS**:

    1.    The stipulated protective order is **GRANTED** except that the entirety of paragraph 7, other than the first sentence, is **STRICKEN**. Instead, the parties **SHALL** comply with Local Rule 141 regarding the procedures for seeking to file documents under seal.

IT IS SO ORDERED.

Dated:   **March 25, 2021**                      /s/ Jennifer L. Thurston
                                                                       UNITED STATES MAGISTRATE JUDGE