# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNIVERSAL NORTH AMERICA INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) | Case No.: 1:21-cv-00008-DAD-JLT<br><br>ORDER CLOSING THE ACTION<br>(Doc. 13) |
| Plaintiff, | | |
| v. | | |
| ELECTROLUX NORTH AMERICA, | | |
| Defendant. | | |

The parties through counsel have stipulated to the action being dismissed without prejudice. (Doc. 13) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **July 20, 2021**         **/s/ Jennifer L. Thurston**
                    CHIEF UNITED STATES MAGISTRATE JUDGE